**Order entered July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00531-CV

### JUAN CARLOS FLORES, Appellant

### V.

### CHASCO, INC. A/K/A CHASCO INTERIORS, INC., ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-14912-H**

## ORDER

The reporter's record in this case is overdue. By postcard dated June 3, 2014, we notified the official court reporter for the 160th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** court reporter Sharron Rankin to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification it has not requested, paid for, or made arrangements to pay for the reporter's record, we will*

*order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c)




                              /s/      CAROLYN WRIGHT
                                       CHIEF JUSTICE